IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **11-CV-2317**
(To be supplied by the court)

VRLINA NOZLIC, Plaintiff,

v.

DR. SAM ROMANO &
JOAN VAN DE WATER
AAHA Helping Pets Fund et al.

, Defendant(s).

(List each named defendant on a separate line.)

**COMPLAINT**

(Rev. 07/06)

## PARTIES

1. Plaintiff **Vrlina Nozlic** is a citizen of **Littleton, Colorado / U.S.A.**
   who presently resides at the following address:
   **5829 S. Datura St. #501, Littleton, CO 80120-2195**

2. Defendant **Dr. Sam Romano** is a citizen of _____
   ~~who live(s) at or~~ is/are located at the following address:
   **VRCC 3550 S. Jason St., Englewood, CO 80110**

3. Defendant **Joan Van de Water** is a citizen of _____
   ~~who live(s) at or~~ is/are located at the following address:
   **VRCC 3550 S. Jason St. Englewood, CO 80110**

   (Attach a separate page, if necessary, to list additional parties.)

## JURISDICTION

4. Jurisdiction is asserted pursuant to following statutory authorities:
   **ADA of 1964 Title III (28 CFR Part 36) 36.206**
   **Co Statute Animal Cruelty Title 18-9-2**

5. Briefly state the background of your case:
   **please see attached**

Additional Defendant
4. AAHA Helping Pets Fund
Grant Application Review Desk
12575 W. Bayaud Ave.
Lakewood, CO 80228

On July 4, 2011, I needed to take my 9 year old cat, Punkin, to an Emergency Hospital for treatment. He was having difficulty urinating. My regular vet Rocky Mountain Small Animal Hospital wasn't open.

As it was a holiday I called VRCC is located at 3550 S. Jason St. Englewood, CO 80110, 303-874-7387. I was told to bring him right away. It was about 12:30 – 1:00 pm when I first arrived at VRCC with Punkin. Even though I told them that he was possibly obstructed at the intake desk and they agreed that it was an emergency situation, I sat in the examination room for over an hour before someone finally came into to see us. No one even bothered to come back and tell us it would be a while. Once we were finally seen I spoke to a vet who informed me that although Punkin was obstructed with crystals in his bladder, he was otherwise in excellent health. She told me what she wanted to do and that it would probably cost about $500. I gave her permission to continue with the stated treatment. I was asked to sign a permission slip with two different price totals depending on the procedure I chose. I gladly signed and I remember that neither procedure was going to be mush more than $400.00 on the high end. I chose the high end procedure which turned out to be in the end only $399.54. I paid *cash* on the spot at the end of the procedure.

I was informed that if he showed further signs of stress at trying to go pee that I should bring him back immediately. I live within a 10 minute car ride from their office. When I got home soon after, I barely got my shoes off before I noticed he was straining to go potty on the drain board in the bathroom. This time instead of any urine he was peeing small amounts of blood. Apparently they had not finished treatment on Punkin and sent him home prematurely.

I rushed him back over to VRCC and told them at the desk why I had brought him back by this time it was 4:00 p.m. They took him to the back surgery area immediately and found me a special room where I could cry and not disturb the other clients. I waited about 50 minutes before a different vet (apparently the previous vet had already gone home or was busy with different clients which I thought was strange) came into the room and told me obviously there was still plenty of crystals in his urine and that she felt they should keep him over night. She told me how he was otherwise healthy and in good physical shape and didn't have any kidney or liver concerns and that she felt that he would probably come out of this procedure okay.

The vet continued to give me a run down as to the various procedures she would do and that it would cost about $1000. I told her that I didn't have any problem with that. Since he would be there over night and the next day was NOT a Holliday, I could call ahead before I came to get him, find out the total and bring in the full amount when I came to get Punkin the next day.

I had brought a credit card with me that had about $900.00 available funds and decided that I would offer them about $600.00 in good faith before I left. However, about 10 minutes later, a young lady, a vet tech named Sarah came into the room and showed me a procedure chart with a low price estimate of $1212.90 and a high price estimate of $1283.55. I read it over quickly and noticed that it was exactly what the vet had described to me. I then signed it.

I was immediate asked for the total of $1212.90 up front. I said hey I am disabled, this is a therapy animal and as it is a holiday, I can't exactly go to the bank. I offered her $600.00 from the credit card,

but she told me that it was **their policy** that I must pay all or nothing and that they would euthanize him for me instead if I could not come up with the total amount. Essentially they were holding Punkin ransom and would not let me have him back. As they are a member of the American Animal Hospital Association (AAHA), I asked about their disability/low income discount/grants. I was told they didn't have anything like that. I was told that if I had good credit, I could apply for an emergency credit card that would be as good as cash. If I was approved they could help me that way, otherwise I had to come up with the full amount before I left. Again she repeated that it was pay up or they would euthanize Punkin. I further explained to her that as Punkin was a therapy animal and that I was on Social Security, that they could not refuse me treatment on a Holliday and hold him for ransom. She left the room and came back and told me that she was sorry but this was their **Standard Policy**, that this is what they made every one do when they had to leave their animal over night. I knew this was garbage and explained to her how much money I had already paid out in cash just that year alone. At that time it was well over $2500.00 and how my regular vet never asked me to pay up front before services were rendered. She was surprised that I knew this was bogus but insisted it was cash up front or they would euthanize Punkin.

I finally called my mother and got authorization for the rest of the $1212.90 and went out front to give them the other credit card number. When I got out there I had to wait behind another woman who was picking up her dog who had also been kept overnight for a procedure.

While we were waiting for the cashier to finish her transaction, the owner and I talked about our animals and how hard it was to watch them get old and get sick. She was paying her bill. Unlike me she was not forced to pay up front or threatened to have her animal euthanized. Also unlike Punkin, he was an old animal and had many extensive health problems and was far closer to death than Punkin.

The woman and I hugged each other and she went on her way. The cashier made a comment about how it was nice of me to hug her. When I explained to her that we were comforting each other, she gave me crusty look and told me that she would pray for my soul. The way she said it was very nasty and vindictive and it gave me pause as to her meaning. I just looked at her and said, "Please do not bother!" Then she decided that she should push her religion down my throat. I explained that I did not subscribe to "Extreme Right Christianity" and that I would prefer that she keep her opinions and her religion to herself.

While this conversation was taking place, the vet tech came out and asked me if I wanted to tell Punkin goodbye. Before I could tell her yes the cashier told me if I did not leave that she would call the police. I reminded her that I had just paid them over $1200.00 and that I had the right to my opinion and my religion. She again threatened me and picked up the phone to call the police. I left. I sat in my car for about 10 minutes. I then called VRCC from my car on my phone and asked for Sarah. I got the vet tech on the phone. She came out and got me. I was informed that the cashier's name was Lynnette and that she was no longer sitting up front.

2

We went back to see Punkin and I gave him a hug goodbye. He was shaking and very nervous, but he calmed down when I gave him a hug and told him I would be back for him later. I was surprised that he did not have a catheter in him or that he had not been worked on at all. By this time it was 6:45 pm. The chart notes say that he was admitted at 6:30 pm, but that they did not get to him until 7:10 pm for the procedure. When I was sent home earlier in the day, I was told to bring Punkin back immediately if he showed signs of straining yet it took them 3 full hours before they got to him. He could have died because of their procrastination. Were their threats just a way of getting me to pay in full, up front first? Are they so interested in the almighty dollar that Punkin's pain and suffering were not important? Perhaps their threats were not warranted if they felt they could wait three hours before further treatment.

There were no x-rays or lab results of Punkin **taken before 5:00 pm** when I was seen by the second vet. It makes me wonder other than a standard physical groping exam, how she could have been so sure of his health. I was also struck by the fact that they were not aware of him being in earlier that day for the same procedure. I found this out when I spoke with the discharge vet before I left with him on the morning of July 5th, 2011 the next morning after his second procedure.

When I picked Punkin up that morning, I asked for a copy of their "Standard Policy" about paying in full before the treatment. They do not have such a thing. I also asked about a staff member whom I could make a formal complaint with, and I was given the name Joan Van de Water. I was also given a refund of $415.05 as the actual bill was only $797.85. However, I was not given the choice of which credit card I wanted it put back on. This coupled with the previous procedure's bill came to a total of: $1197.39 for two repeated procedures back to back.

I waited until July 7th when the Holiday was sufficiently over before I called Joan Van de Water. As I began to tell her what happened, she got nasty and hung up on me. Before she did so, she inferred that to make me pay an estimate in full before a procedure is not their "Standard Policy" and that I was a liar. So I then called back and asked for someone else that was in charge over her. I was given the name of Dr. Sam Romano. He is the owner of the ER part of the VRCC practice. Since this is where Punkin was seen, the staff felt that he was the right person to speak with.

He was extremely patient with me and was very upset as he could not believe that they insisted on me paying an estimate in full before the procedure. He explained that it is **NOT "Standard policy"** and that he was sorry. He was also amazed that they were not aware that Punkin had been seen before they did the second procedure. Their ER/OR is not that big, do they not have anyone who stayed more than six hours that would have seen Punkin in earlier? When I mentioned Lynnette's indiscretion however, he got a little haughty until I told him that Sarah, one of his vet techs had witnessed her harsh words.

Then we began to talk about Grants or Discounts for the disabled and low income. As we were talking he had a Grant Application placed into his hand. I had mentioned this to Joan Van de Water earlier, but she had said she did not know about them. I am not sure who put the Application in his hand while we were talking, but he did say that he would put it in the mail. I told him that I was 10 minutes away and that I

3

wanted to pick it up and get it started as soon as possible. He agreed and put it into an envelope that would be waiting for me when I came in. There was some discussion about a $500.00 Grant that they would be happy to extend to me and that I could either drop the Application by VRCC once I finished it, mail it to VRCC or I could Mail or FAX it over to the Grant people as their address was on the Application. When I asked Dr. Romano how long it would take to get the money as I had taken Punkin back over to my regular vet and would have a bill due there as well, he told me he didn't feel that it would take more than a few days.

I went over to VRCC to pick up the Application and noted that there needed to be an AAHA Member Number on the Application. I asked the receptionist if they could have someone come out and fill in the number for me and they said they would. I waited for over an hour before I got impatient and asked again. One of the staff members filled in the top four lines but didn't know the AAHA Member Number either. I decided that I would fill the rest in by myself. I remember calling one more time once I got home and tried to get the number over the phone, but I was told to leave it blank. I do not remember who I talked to, but I do remember it was a woman and was also told it was a difficult Application to fill out. I told her that unfortunately when you are poor, you get pretty good at doing that sort of thing.

I filled the Application out and gathered the appropriate paperwork together and FAXED it over to VRCC. They then FAXED it over to the Grant Application people. This I did early in the morning of the July 7th. I waited several hours and called Joan Van de water. She told me that it had been denied because my paperwork was too old. I was rather surprised as she did not call me soon after they rejected it. I told her that I would go over to Social Services and get some up dated paperwork and get it back to her. As this was late on Thursday, I told her that I would do this bright and early on Friday morning. She told me to call her the next day when I got the appropriate paperwork and she would see that it was resubmitted. She also told me that I had until July 22nd to get the grant Application submitted.

I went over to Social Services at 8:00 am the next morning and got the updated paperwork. I then called Joan Van de Water to speak with her. I found out that she would not be available until TUESDAY the following week as she is only in the office on Tuesdays and Thursdays. I was a little miffed as she did not feel it was necessary to tell me this. I then called over to the Grant Application people and got some strange voice mail that did not make any sense. So I got on the web site and called the number on the site and left a message. By Tuesday I had not heard from anyone and I called the Grant Application people again. This time I got told that they did not take the Grant Applications from the "Pet Owners". I tried to explain that Dr. Romano gave me the paperwork and that I could not get a hold of anyone at VRCC. She told me I had a bad attitude and hung on me. I called and left a message with Joan Van de Water and several for Dr. Romano basically telling him that I didn't appreciate that games and the lack of cooperation and that AAHA wasn't going to help me. Since Joan Van de Water had not been forthcoming with the truth, I felt that it was a game and that no one had ever had any intention of fulfilling the offer he had told me about a week earlier. No one ever called me back. EVER!!! The paperwork was complete and the original was sent over by VRCC, so even AAHA did not have a valid excuse other than I guess they do not feel the need to follow through on their Policy and Procedures for the disabled and low income.

I spoke to my regular vet and he told me that they did not subscribe to the Grants as they kept their vet bills down and that they would need to pay a fee in order to have the Grant Applications available. Punkin was at my regular vet for three days for the exact same procedures. The whole vet bill for all three days was $583.86. This included the prescriptions, and can and dried food. I understand that VRCC's ER bills are higher, but three times as high are a bit ridiculous and greedy, as the staff that works the Emergency are totally different from the regular weekday staff. These people are not working ovetime.The building is open 24/7.

Punkin was also sent home **well** from my regular vet. Not **partly well** with a **great** possibility that he would need to come back and thus be charged twice for two procedures. Punkin and the staff at my regular vet get along fine, he is never in stress or afraid of the staff as he was at VRCC. In fact he likes to go over and say hello to our vet staff every chance he can get.

Punkin is dong fine and has not had any more problems with urinary discomfort. I have spent over $4800.00 this past year on my three Therapy animals. All of this has been in cash and paid at the time of services with the exception of the forced prepay by VRCC. This money was paid at four different vets. I do not have any checking or savings accounts as I can not afford to pay banking fees. I am not rich but to discriminate and play head games because I am on Social Security is pure mean, cruel discrimination.

## SUMMARY

Discrimination of the disabled by Retaliation and Coercion: Americans with Disabilities Act of 1964 – Title III, (28 CFR Part 36) Sec 36.206

Reckless endangerment of a Domesticated Animal: Colorado Statutes Title 18. Article 9. Part 2.

## REQUEST FOR RELIEF

Plaintiff requests the following relief:

I ask for the entire bill to be repaid to me in full. $1197.39.

Date: 9/2/11

Vrlina Noglic
5829 S. Datura St #501
Littleton Co 80120-2195
720-620-3108
Vrlina Noglic - Pro Se

# Central Veterinary Emergency Services

3550 South Jason Street
Englewood, CO 80110

Tel: 303-874-7387

Vrlina Nozlic
5809 S. Datura St #501
Littleton, CO 80120-2195
720-620-3108

| Bill for Services | |
|---|---|
| DATE | INV. NUM |
| 07/04/11 | 135407 |

Acct no.: 160305

Julie Aiello, DVM

| Qty | Date | Patient | Description | Price | Ext | Tx |
|---|---|---|---|---|---|---|
| 1 | 7/4/11 | Punckin | Exam | $95.00 | $95.00 | |
| 1 | 7/4/11 | Punckin | Urinalysis | $0.00 | $47.70 | |
| 1 | 7/4/11 | Punckin | Fluids-SQ-Small | $0.00 | $41.00 | |
| 0.2 | 7/4/11 | Punckin | Buprenex 0.3mg/ml 10ml vial | | $26.90 | |
| 2 | 7/4/11 | Punckin | Buprenex 0.3mg/ml 10ml Oral Soln. | | $34.10 | |
| 0.1 | 7/4/11 | Punckin | Pred Acet Susp 50mg/ml /ml | | $25.45 | |
| 1 | 7/4/11 | Punckin | Clav-Amoxi Susp. 15ml | | $53.85 | |
| 1 | 7/4/11 | Punckin | Urine Collect - Catheter | | $71.50 | |
| 1 | 7/4/11 | Punckin | Feline c/d-S 5oz cans-Each | $0.00 | $3.75 | tx |

| | | |
|---|---|---|
| | Subtotal | $399.25 |
| State Tax 0.16 + City Tax-Englewood 0.13 | Tax | $0.29 |
| Pmnt 1: CA  Amt: ($399.54) | Bill total | $399.54 |
| Note: Cash kad | Prev balance | $0.00 |
| Pmnt 2:  Amt: $0.00 | | |
| Note: | Payment | ($399.54) |
| | NEW BALANCE | $0.00 |

Punckin has a urinary tract infection or inflammation. He has a large number or triple phosphate crystals in his urine. His urinary tract is not blocked at this time, but he would be at risk of becoming blocked at any time.
We have given him fluids under the skin, an injection of prednisolone (a short acting steroid) and an injection of buprenex for pain.
We are sending home two medications:
1) Clavamox 62.5 mg/ml-antibiotic-Give one ml twice daily for 7 days-he will need to be on antibiotics at least two weeks-please call his regular vet before the antiibiotics run out to discuss refilling his medication.
2) Buprenex-pain medication-Giveone syringe full under the tongue three to four times daily-May cause sedation.
If he is ever straining more than twice with no urine produced he will need to be rechecked immediately as his urinary tract may be blocked.
The best diet for him would be the C/D-diet we are sending home a can to start with.
Thank you for choosing Central Veterinary Emergency Services (CVES) to serve your pet's health care needs.

Dr. Aiello can be reached for any questions by calling 303-874-2050 (voice mail) or our main number 303-874-7387. CVES is open for business between the hours of 4 p.m. to 8 a.m. Monday through Friday and 24 hours on weekends and holidays.

PLEASE NOTE THAT ALL PRESCRIPTIONS ARE NON-RETURNABLE AND NON-REFUNDABLE.

Want to learn more about keeping your animal safe at home? Go to http://www.vrcc.com/emergency and click on the link for the "Lucky" Talks Blog.

Antibiotics can cause intestinal upset (vomiting, nausea, anorexia). Give with food to help prevent stomach upset. If

# Central Veterinary Emergency Services

3550 South Jason Street
Englewood, CO 80110

Tel: 303-874-7387

Vrlina Nozlic
5809 S. Datura St #501
Littleton, CO 80120-2195
720-620-3108

| Bill for Services | |
|---|---|
| DATE | INV. NUM |
| 07/05/11 | 135484 |

Acct no.: 160305

Leslie Dawson, VMD

| Qty | Date | Patient | Description | Price | Ext | Tx |
|---|---|---|---|---|---|---|
| 1 | 7/5/11 | Punckin | Exam Courtesy | $0.00 | $0.00 | |
| 12.5 | 7/5/11 | Punckin | Hospitalization | | $140.65 | |
| 2 | 7/5/11 | Punckin | Intensive Care Monitoring | $14.00 | $28.00 | |
| 12 | 7/5/11 | Punckin | Infusion pump /hour | | $44.60 | |
| 1 | 7/5/11 | Punckin | Catheter -Peripheral w/fluids setup | | $85.00 | |
| 5 | 7/5/11 | Punckin | Fluid Add - Potassium Chloride | | $12.00 | |
| 2 | 7/5/11 | Punckin | PCV/TS Lab | | $50.95 | |
| 2 | 7/5/11 | Punckin | IStat 8 (lytes+acid/base) | $0.00 | $100.00 | |
| 3 | 7/5/11 | Punckin | Radiograph-Placement | | $90.00 | |
| 1 | 7/5/11 | Punckin | Blood Pressure/each | $17.50 | $17.50 | |
| 0.1 | 7/5/11 | Punckin | Phenoxybenzamine 25mg/ml Transdermal | | $5.60 | |
| 1 | 7/5/11 | Punckin | Medication Administration | $10.00 | $10.00 | |
| 2 | 7/5/11 | Punckin | Anesthesia Inj. Induction Propofol | | $80.00 | |
| 1 | 7/5/11 | Punckin | Anesthesia Inj. Induction Diazepam - Add on | | $0.95 | |
| 2 | 7/5/11 | Punckin | Anesthesia Recovery | | $132.60 | |
| 1 | 7/5/11 | Punckin | Checked by Jaci | $0.00 | $0.00 | |
| 1 | 7/5/11 | Punckin | Transferred to Family Veterinarian | $0.00 | $0.00 | |

|  |  |
|---|---|
| Subtotal | $797.85 |
| Tax | $0.00 |
| Bill total | $797.85 |
| Prev balance | ($1,212.90) |
| Payment | $0.00 |
| NEW BALANCE | ($415.05) |

Pmnt 1:     Amt:     $0.00
Note:
Pmnt 2:     Amt:     $0.00
Note:

Thank you for choosing Central Veterinary Emergency Services (CVES) to serve your pet's health care needs.

Please take Punckin to your regular veterinarian for additional care. We have left his urinary catheter and IV catheter in place for transport. Please do not allow Punckin to chew or lick at his catheters.

Dr. Dawson can be reached for any questions by calling our main number 303-874-7387. CVES is open for business between the hours of 4 p.m. to 8 a.m. Monday through Friday and 24 hours on weekends and holidays.

PLEASE NOTE THAT ALL PRESCRIPTIONS ARE NON-RETURNABLE AND NON-REFUNDABLE.

# Rocky Mountain Small Animal Hospital

1630 E County Line Road
Highlands Ranch, CO  80126-2710

303-347-2637

*Vrlina Nozlic (# 23004)*
5829 S. Datura St          Home Phone: (720) 620-3108
Apt 501                    Work Phone: ( )  -    ext:
Littleton, CO  80120

**Jul 08, 2011**

**Invoice Number**

**238691**

*Punkin (#    B)*

Species: Feline                    Sex: Male Neutered
Age: 9 years and 4 months old
Breed: Tabby
Coat Color: Orange Tabby
Weight: 11 lbs.
Rabies Tag Number: 250368
Rabies Serial Numbe: SO53784B
Rabies Brand Name: Rabdamun 1
Tattoo #:
Micro Chip #:

Rabies: 03/31/2012
Annual Wellness Exam: 03/31/2012
Dental Cleaning: 03/31/2012
Dental Exam: 03/31/2012
Feline Leukemia Booster:
FVRCP Booster: 03/31/2014
Flea/Tick Preventative:
Thyroid Test:
Kidney Recheck Values:
Exam Kitten Wellness:

## RECHECKS

Thursday, Jul 07, 2011 RECHECK IF YOUR PETS CONDITION WORSENS OR THERE IS NO IMPROVEMENT NOTED WITHIN 48 HOURS OR AS INSTRUCTED BY YOUR DOCTOR. (303) 347-2637

| Date | Description | Qty | | Price |
|---|---|---|---|---|
| 07/05/2011 | Purina Vet diet - FEL UR 6LBS | 1.00 | Bag | $ 22.35 |
| | C/S Buprenex 1ml Vial | 1.00 | VIAL | $ 20.00 |
| | Examination - Health Concern | 1.00 | | $ 52.00 |
| | Hospitalization (feline) | 1.00 | | $ 75.00 |
| | Fluid Pump Fee/Daily Use | 1.00 | | $ 25.00 |
| 07/06/2011 | Hospitalization (feline) | 1.00 | | $ 75.00 |
| | Fluids Subcutaneous | 1.00 | | $ 35.00 |
| | Urinalysis[1] | 1.00 | | $ 38.20 |
| | Orbax Oral Susp. 30mg/ml 20 ml | 1.00 | | $ 43.00 |
| | Hospitalization (feline) | 1.00 | | $ 75.00 |
| 07/07/2011 | C/S Buprenex 1ml Vial | 1.00 | VIAL | $ 20.00 |
| | Hospitalization (feline) | 1.00 | | $ 75.00 |
| | Purina Vet diet - FEL UR 6LBS | 1.00 | Bag | $ 22.35 |
| | RCVD Fel Urinary SO 6 oz. can | 4.00 | EACG | $ 5.96 |

|  |  |
|---|---|
| Total for Punkin: | $ 583.86 |
| Total Invoice: | $ 583.86 |
| 03. Visa | $ 583.86 |
| Total Payments - Thank you: | $ 583.86 |

Robert N. Bean,

## PRODUCT NOTES

[1] IF YOUR PET WAS PLACED ON MEDICATION DUE TO THE RESULTS OF THE URINALYSIS, THEN WE NEED TO RECHECK A URINE SAMPLE IN 10 TO 14 DAYS ( AFTER MEDICATION IS FINISHED) TO DETERMINE IF THE PROBLEM HAS BEEN RESOLVED.   THANK-YOU.

AAHA
_____
FUND

# Grant Application

Grants are only available through AAHA-accredited practices at this time. Before applying, **please review the AAHA Helping Pets Fund Guidelines for Grant Seekers** to determine eligibility. Once eligibility is established, please complete this application in full. **Grant applications must be received by the Fund no later than three weeks following initial treatment.** Overdue applications will not be considered.

Date: _July 7, 2011_  Hospital Name: _VRCC_

Hospital Contact Name: _VRCC - Dr. Romano_

Hospital Phone Number: _3)874-7387_

Hospital Fax Number: _3)874-3220_

AAHA Member Number: _please call above number for this info._

Client Name: _Vrlina Noglic - Punckin (should be Punkin)_

**Client Eligibility**
Please select the appropriate category:

☒ Documented Financial Hardship
(NOTE: Documentation providing proof of current participation in the selected government assistance program must accompany application. Generally, this is an approval letter that includes the dates for which benefits will be issued.)

| United States | Canada |
|---|---|
| ☒ Supplemental Security Income _Disability (SSDI)_ | ☐ Guaranteed Income Supplement (GIS) |
| ☒ Medicaid | ☐ Old Age Security (OAS) Allowance |
|  | ☐ Old Age Security (OAS) Allowance for the Survivor |
| ☐ Temporary Assistance for Needy Families (TANF) | ☐ National Child Benefit Supplement (NCBS) |
| ☒ Food Stamps ~~& Unemployment combined~~ | ☐ Employment Insurance (EI) |

☒ Sec 8 Housing

1

☑ Temporary Financial Hardship – Please provide a letter or email describing the circumstances causing the financial hardship, as well as **supporting documentation from an impartial third party to verify circumstances.**

☐ Good Samaritan – Please provide letter or email describing the Good Samaritan circumstances.

Patient Name: _Punckin_     ☐ Dog  ☑ Cat  ☐ Other *(Please specify)*

Breed (if appropriate): _Orange Tabby_     Age: _9 yrs - Male Neutered_

Diagnosis: _Crystalized UTI_

Treatment: _See Bills_

_The Staff wasn't aware of this program at time of service._

~~Estimated~~ Actual Cost of Treatment: _$1197.39_

Amount ~~to be~~ paid by client: _$1197.39_

Amount of funding requested: _Max Eligible_

**A detailed cost estimate or invoice showing all required treatment and fees must also accompany the application.**

If you have questions, please call 866/4HELPETS (866/443-5738). Please submit your completed application and supporting documentation by fax: 720/963-4404.

If your application cannot be faxed, please mail to:
    AAHA Helping Pets Fund
    Attn: Grant Application Review Desk
    12575 W. Bayaud Avenue
    Lakewood, CO 80228

***Thank you for helping pets in need!***

2