IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02317-BNB

VRLINA NOZLIC,

    Plaintiff,

v.

DR. SAM ROMANO,
JOAN VAN DE WATER, and
AAHA HELPING PETS FUND, et al.,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 1 6 2011

GREGORY C. LANGHAM
CLERK

ORDER DIRECTING PLAINTIFF TO FILE AMENDED COMPLAINT

Plaintiff, Vrlina Nozlic, initiated this action by filing a *pro se* complaint and a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. She has been granted leave to proceed *in forma pauperis*.

The Court must construe liberally Ms. Nozlic's Complaint because she is a *pro se* litigant. **Haines v. Kerner**, 404 U.S. 519, 520-21 (1972); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991). For the reasons stated below, Ms. Nozlic will be ordered to file an Amended Complaint.

Having reviewed the Complaint, the Court finds that it is deficient because it does not comply with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure. The twin purposes of a complaint are to give the opposing parties fair notice of the basis for the claims against them so that they may respond and to allow the court to conclude that the allegations, if proven, show that the plaintiff is entitled to relief. *See* **Monument Builders of Greater Kansas City, Inc. v. American Cemetery Ass'n of**

*Kansas*, 891 F.2d 1473, 1480 (10th Cir. 1989). The requirements of Fed. R. Civ. P. 8 are designed to meet these purposes. *See TV Communications Network, Inc. v. ESPN, Inc.*, 767 F. Supp. 1062, 1069 (D. Colo. 1991), *aff'd*, 964 F.2d 1022 (10th Cir. 1992). Specifically, Rule 8(a) provides that a complaint "must contain (1) a short and plain statement of the grounds for the court's jurisdiction, . . . (2) a short and plain statement of the claim showing that the pleader is entitled to relief; and (3) a demand for the relief sought." The philosophy of Rule 8(a) is reinforced by Rule 8(d)(1), which provides that "[e]ach allegation must be simple, concise, and direct." Taken together, Rules 8(a) and (d)(1) underscore the emphasis placed on clarity and brevity by the federal pleading rules. Prolix, vague, or unintelligible pleadings violate the requirements of Rule 8.

In the Complaint, instead of asserting any claims, Ms. Nozlic has included a five-page, single-spaced description of events that took place when her cat was admitted to an animal hospital in Denver for emergency care. Although Ms. Nozlic asserts jurisdiction pursuant to Title III of the Americans with Disabilities Act of 1964, it is not clear what federal claims she is asserting in this action. Ms. Nozlic apparently expects the Court and the defendants to speculate what claims she wants to allege. That is not a judicial function. Nor is it the responsibility of the defendant. It is Ms. Nozlic's job to present her claims in a manageable format that allows the Court and the defendants to know what claims are being asserted and to be able to respond to those claims. Ms. Nozlic must allege, simply and concisely, her specific claims for relief. She may attach

documents to the amended complaint, but she may not rely solely on those documents to present her claims.

The Court, therefore, will direct Ms. Nozlic to file an amended complaint on a Court-approved form that sets forth her claims in a simple and concise manner. Ms. Nozlic is instructed to complete the form in full. Accordingly, it is

ORDERED that, **within thirty days from the date of this order**, Ms. Nozlic file an amended complaint that complies with this order and with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure as discussed in this order. It is

FURTHER ORDERED that Ms. Nozlic shall obtain the court-approved Complaint form, along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that if Plaintiff fails within the time allowed to file an amended complaint that complies with this order to the Court's satisfaction, the complaint and the action will be dismissed without further notice.

DATED at Denver, Colorado, this 16th day of September, 2011.

BY THE COURT:

*s/Craig B. Shaffer*
Craig B. Shaffer
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-02317-BNB

Vrlina Nozlic
5829 S. Datura St. #501
Littleton, CO 80120

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on September 16, 2011.

                                GREGORY C. LANGHAM, CLERK

                          By: _____
                                       Deputy Clerk